[No. 8993.]

QUINTANILLA v. QUINTANILLA.

*Error to Las Animas District Court.*—Hon. A. WATSON MCHENDRIE, Judge.

Mr. T. S. MCCHESNEY, for plaintiff in error.

Mr. J. C. BELL, for defendant in error.

Mr. JUSTICE WHITE delivered the opinion of the court:

In all substantial respects the same questions are involved herein that have just been determined at this term in cause No. 9024, *Snider, et al., v. Ostrander, ante,* 160 Pac. 195. The plaintiff in error in the instant case has made like default to that of the plaintiff in error there. The writ of error is, therefore, dismissed.

Decision *en banc.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE BAILEY not participating.

---

[No. 9040.]

ROUTT COUNTY SENTINEL PUBLISHING COMPANY v. THE INDUSTRIAL BUILDING & LOAN ASSOCIATION, ET AL.

*Error to Routt District Court.* Honorable JOHN T. SHUMATE, Judge.

Mr. JOSEPH K. BOZARD, for plaintiff in error.

Messrs. HILLIARD, LILYARD & FINNICUM and Messrs. GOODING & GOODING, for defendants in error.

Opinion *Per Curiam.*

This writ of error and application for supersedeas is from an order appointing a receiver, etc., for certain real property in Routt county pending the result of the suit for its possession. Upon review of the entire record, we find no error in this respect, for which reason the application for supersedeas will be denied and the action dismissed.

*Supersedeas denied* and *action dismissed.*

Decision *en banc.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE BAILEY not participating.